# JACOB ARONAUER, ESQ.
Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

August 13, 2018

**Via ECF and Regular Mail**
Hon. Paul A. Crotty
500 Pearl Street, Chambers 1350
New York, NY 10007

Re:   Rosario v. Charisse & Christine Enterprises, LTD et al.
      18-cv-07020 (PAC)

Dear Hon. Crotty:

This office represents Plaintiff in the above captioned matter. The purpose of this letter is to explain why this office seeks to voluntarily dismiss the case shortly after filing lawsuit. Immediately upon filing the lawsuit, I realized that Plaintiff seemingly does not have claims under the Fair Labor Standards Act. Therefore, there is no basis to bring Plaintiff's claims in Federal Court. Obviously, I wish I made this realization prior to filing. Provided the Court is in agreement and permits the voluntary dismissal of this case, my office will promptly file a lawsuit in state court on behalf of Mr. Rosario.

Respectfully submitted,

**THE LAW OFFICES OF JACOB ARONAUER**

*/s/ Jacob Aronauer*
Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com
*Attorney for Plaintiff*